IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08CV42-W

| | |
|---|---|
| DAMIAN VECCHIO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| PSA AIRLINES, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Plaintiff's "Motion to Appear Pro Hac Vice [by R. Martin Saenz]" (document #4) filed February 6, 2008. For the reasons set forth therein, and after consulting with chambers staff of the District Judge to whom this case is assigned (the Honorable Frank D. Whitney), the Motion will be **GRANTED** *nunc pro tunc* to February 4, 2008, provided that the Plaintiff must retain local counsel who must make an appearance within 5 days from the date of this Order.

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: February 6, 2008

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge