- 1 -
# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **DAMIAN VECCHIO,** | |
| Plaintiff, | |
| v. | **CIVIL ACTION NO. 3:08CV42(FDW)** |
| **PSA AIRLINES, INC.,** | |
| Defendant. | **ORDER** |

THIS MATTER is before the court on Defendant's Motions for Admission *Pro Hac Vice* of Alison Nadine Davis and Kevin M. Kraham. It appears that good cause exists for granting the Motion.

IT IS, THEREFORE, ORDERED that Defendant's Motions for Admission *Pro Hac Vice* are GRANTED, and Alison Nadine Davis and Kevin M. Kraham are ADMITTED to practice, *pro hac vice,* before the Bar of this court while associated with Penny C. Wofford.

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

**SO ORDERED**.

Signed: February 27, 2008



Carl Horn, III
United States Magistrate Judge