**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**DOCKET NO. 3:08-cr-00042-W**

| | | |
|---|---|---|
| **DAMIAN VECCHIO** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **PSA AIRLINES, INC., a North Carolina** | ) | |
| **Corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

THE MATTER is before the Court on Defendant's Motion to Dismiss or in the Alternative for Clarification (Doc. No. 15).

On February 6, 2008, the Court entered an order allowing Plaintiff's counsel's motion for leave to appear pro hac vice subject to the condition that Plaintiff retain local counsel within five days from entry of that order. (Doc. No. 5). No appearance has been made by local counsel on behalf of Plaintiff, and the time for doing so under the Court's February order has long since expired. Accordingly, Plaintiff is hereby ORDERED to retain local counsel who must make an appearance within seven (7) calendar days from the date of this Order. Failure to do so may result in dismissal of Plaintiff's Complaint for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

IT IS THEREFORE ORDERED that Plaintiff shall retain local counsel and shall file an appropriate notice of appearance no later than March 26, 2008. Failure to do so may result in dismissal of Plaintiff's Complaint.

IT IS SO ORDERED.

Signed: March 19, 2008

Frank D. Whitney
United States District Judge