**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:08CV42-W**

| | | |
|---|---|---|
| **DAMIAN VECCHIO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **PSA AIRLINES, INC., a North Carolina** | ) | |
| **Corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

       **THIS MATTER** is before the Court on the Plaintiff's "Motion to Appear Telephonically at Hearing" (document #21) filed June 4, 2008.  Plaintiff's counsel will not be allowed to appear telephonically for the Initial Pretrial Conference scheduled for June 24, 2008 at 10:00 a.m.  However, local counsel, Neal Rodgers, may attend in place of Mr. Saenz, provided he is able to discuss the facts of the case, any issues which are likely to arise in discovery, mediation, and other issues which are traditionally addressed at initial pretrial conferences.

       Accordingly, the Plaintiff's Motion is **DENIED**.

       **SO ORDERED.**

       Signed: June 4, 2008

_____

Carl Horn, III
United States Magistrate Judge