IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08CV42-W

| | |
|---|---|
| DAMIAN VECCHIO, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)    **ORDER**<br>PSA AIRLINES, INC., )<br>)<br>Defendant. )<br>_____ ) | |

**THIS MATTER** is before the Court on Plaintiff's "Motion for Admission Pro Hac Vice [of Chad A. Shultz]" (document #27) and "Motion for Substitution of Counsel" (document #28), both filed October 22, 2008. The Defendant seeks to substitute Mr. Shultz for Kevin M. Kraham, Alison N. Davis, and Jerry H. Walters, Jr. of Littler, Mendelson, P.C.. Penny C. Wofford shall remain as local counsel. For those and the other reasons set forth therein, the Motions will be **GRANTED**.

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: October 22, 2008

_Carl Horn, III_
Carl Horn, III
United States Magistrate Judge