# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

### DOCKET NO. 3:08-cv-00042-FDW

| | |
|---|---|
| DAMIAN VECCHIO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| PSA AIRLINES, INC., ) | |
| ) | |
| Defendant. ) | |

THIS MATTER comes now before the Court upon the parties' Joint Motion to Dismiss Without Prejudice (Doc. No. 43). In the Motion, the parties represent that they have reached a settlement agreement, which is premised on Defendant's compliance with an arbitration award. The Motion is GRANTED, and this matter is DISMISSED subject to the right of either party to file a motion to reopen the case should settlement not be consummated within thirty (30) days. The parties are directed to file their Stipulation of Dismissal on or before **March 5, 2009**. Furthermore, the hearing set for February 3, 2009, is hereby cancelled.

IT IS SO ORDERED.                     Signed: February 2, 2009

Frank D. Whitney
United States District Judge